**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MICHAEL A. WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **-vs-** ) | **NO. 06-1044-CJP** |
| ) | |
| **WENDELL FISHER, BRENT GENTRY,** ) | |
| **ROBERT BARNETT, and WILLIAMSON COUNTY,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

    The issues have been tried and the jury has rendered its verdict.

          **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor

of defendants **WENDELL FISHER, BRENT GENTRY, ROBERT BARNETT**, and **COUNTY**

**OF WILLIAMSON**  and against plaintiff   **MICHAEL A. WRIGHT** in accordance with jury

verdict returned June 11, 2010, (Doc. 41).

Plaintiff shall take nothing from this action.

    **DATED** this 11th day of June, 2010

                    **NANCY J. ROSENSTENGEL, CLERK**

                    **BY: S/ Angela Vehlewald_____**
                         **Deputy Clerk**

**Approved by_____S/ Clifford J. Proud_____**
        **United States Magistrate Judge**
            **Clifford J. Proud**